IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2005 NOV 21  PM 2: 47

CLERK _L. Ilgider_
SO. DIST. OF GA.

ANTHONY LAMAR MOORE, )
)
Petitioner, )
)
v. ) CV 105-035
) (CR 103-067)
UNITED STATES OF AMERICA, )
)
Respondent. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Government's motions to dismiss (doc. nos. 3, 5) are **GRANTED**, the case is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 21st day of November, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE